**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT COURT OF WASHINGTON**

| | | |
|---|---|---|
| **Re** | ) | |
| | ) | **In Chapter 7 Proceeding** |
| **BROOKE GRENKE** | ) | **No. 18-43293-MJH** |
| | ) | |
| | ) | **Order Converting Case** |
| **Debtor(s)** | ) | **from Chapter 7 to Chapter 13** |
| | ) | |
| | ) | |
| _____ | ) | |

It is hereby ORDERED that this case is converted from a case under Chapter 7 to a case under Chapter 13.

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor


**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958